Honorable Karen L. Strombom

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH AND WELFARE FUND, WESTERN GLAZIERS RETIREMENT TRUST FUND, and WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST,<br><br>Plaintiffs / Judgment Creditors,<br><br>v.<br><br>PACIFIC NORTHWEST CONTRACTORS, INC., a Washington corporation; DANIEL A. JANKANISH and JANE DOE JANKANISH, husband and wife and the marital community comprised thereof; and STEVE COOPER and JANE DOE COOPER, husband and wife and the marital community comprised thereof,<br><br>Defendants / Judgment Debtors. | Case No.: 3:12-mc-5039-KLS<br><br><br>ORDER FOR JUDGMENT DEBTOR EXAMINATION OF DANIEL A. JANKANISH, INDIVIDUALLY AND AS AN OFFICER OF PACIFIC NORTHWEST CONTRACTORS, INC. |

Having considered Plaintiffs' Motion for Judgment Debtor Examination of Daniel A. Jankanish, individually and as an officer of Pacific Northwest Contractors, and the Declaration of Michael A. Urban and good cause appearing,

Order for Judgment Debtor Exam
(Case No. 3:12-mc-5039-KLS)

THE URBAN LAW FIRM
and
CHRISTENSEN JAMES & MARTIN
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

1   IT IS HEREBY ORDERED that Daniel A. Jankanish, individually and as an officer of Defendant/Judgment Debtor Pacific Northwest Contractors, Inc., appear in Courtroom F at the United States District Court for the Western District of Washington, located at 1717 Pacific Avenue, Tacoma, Washington 98402, on the 29th day of November, 2012, at 2:30 p.m., to be sworn in for a Judgment Debtor Examination.

IT IS FURTHER ORDERED that Daniel A. Jankanish, individually and as an officer of Defendant/Judgment Debtor Pacific Northwest Contractors, Inc., appear in Courtroom F at the United States District Court for the Western District of Washington, located at 1717 Pacific Avenue, Tacoma, Washington 98402, on the 29th day of November, 2012, at 2:30 p.m., and answer concerning property subject to the ownership and control of Daniel A. Jankanish and Pacific Northwest Contractors, Inc.

IT IS FURTHER ORDERED that Daniel A. Jankanish and/or Pacific Northwest Contractors, Inc. ("PNC") bring with him the following documents under his control or under the control of his agents, attorneys, or accountants:

1. All financial statements prepared by or on behalf of Daniel A. Jankanish or PNC from January 1, 2009, to the present.

2. All original monthly bank statements of Daniel A. Jankanish or PNC from January 1, 2009, to the present.

3. All original savings account pass books, certificates of deposit, and trust certificates in the name of Daniel A. Jankanish or PNC from January 1, 2009, to the present.

4. All original negotiable instruments and negotiable securities in the name of Daniel A. Jankanish or PNC from January 1, 2009, to the present.

5. All evidence or other memoranda of any ownership interest of Daniel A. Jankanish or PNC in any other corporation, partnership, unincorporated association, or any business organized or conducted for the production of income from January 1, 2009, to the present.

Order for Judgment Debtor Exam
(Case No. 3:12-mc-5039-KLS)

**THE URBAN LAW FIRM**
and
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

6. All evidence or other memoranda of any income received by Daniel A. Jankanish or PNC from January 1, 2009, to the present, including without limitation tax returns, insurance proceeds, or repayment of loans.

7. All evidence or other memoranda of any employer or place of work or employment of Daniel A. Jankanish or PNC from January 1, 2009, to the present, including without limitation contracts, invoices, billings , vouchers, or payments.

8. All evidence of any ownership interest of Daniel A. Jankanish or PNC, including without limitation bills of sale, pink slips, or any other record or title, in any motor vehicle, airplane, boat, equipment, or machinery, from January 1, 2009, to the present.

9. All evidence of any debts or repayments owed by Daniel A. Jankanish or PNC, including without limitation those arising from loans or judgments from January 1, 2009, to the present.

10. Any and all evidence or other memoranda indicating that Daniel A. Jankanish or PNC was either a plaintiff or a defendant in any lawsuit from January 1, 2009, to the present

11. Any and all evidence or memoranda indicating that Daniel A. Jankanish or PNC received any judgment, award, bequest, or devise in any lawsuit or other court action from January 1, 2009, to the present.

12. Any and all evidence or memoranda indicating any ownership interest of Daniel A. Jankanish or PNC in any patent, invention, trade name, or copyright.

13. Any and all evidence or memoranda indicating an ownership interest of Daniel A. Jankanish or PNC in any real property or developments on real property.

14. Any and all evidence of the sale(s) of any real or personal property of Daniel A. Jankanish or PNC from January 1, 2009, to the present.

15. Any and all loan applications filled out by Daniel A. Jankanish or PNC since January 1, 2009.

Order for Judgment Debtor Exam
(Case No. 3:12-mc-5039-KLS)

**THE URBAN LAW FIRM**
**and**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

3

16. Copies of all documents evidencing the sale or transfer of any assets of Daniel A. Jankanish or PNC from January 1, 2009, to the present.

17. Any and all documents evidencing any federal or state tax liability of Daniel A. Jankanish or PNC.

18. Original cash disbursement journals and check registers maintained in connection with any business of Daniel A. Jankanish or PNC from January 1, 2009, to the present.

19. All accounts receivable of Daniel A. Jankanish or PNC from January 1, 2009, to the present.

20. Federal income tax returns of Daniel A. Jankanish or PNC for the years 2009, 2010, and 2011.

21. All canceled checks drawn on any account established in the name of Daniel A. Jankanish or PNC from January 1, 2009, to the present.

22. Any and all evidence relating to the disposition of any interest of Daniel A. Jankanish in Pacific Northwest Contractors, Inc.

23. Any and all evidence relating to the present status of Pacific Northwest Contractors, Inc., including its sale or dissolution, and the disposition of its assets.

**NOTICE TO THE JUDGMENT DEBTOR**

**IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.**

DATED this 18th day of October, 2012.

Karen L. Strombom
United States Magistrate Judge

Order for Judgment Debtor Exam
(Case No. 3:12-mc-5039-KLS)

**THE URBAN LAW FIRM**
and
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*

4

Submitted by:

**THE URBAN LAW FIRM**

　　　s/ Michael A. Urban
Michael A. Urban, Esq.
Washington State Bar No. 20251
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
E-mail: murban@theurbanlawfirm.com
*Attorney for Plaintiffs / Judgment Creditors*

Order for Judgment Debtor Exam
(Case No. 3:12-mc-5039-KLS)

**THE URBAN LAW FIRM**
**and**
**CHRISTENSEN JAMES & MARTIN**
800 Bellevue Way NE, Suite 400
Bellevue, WA  98004
P. (425) 646-2394 / (702) 968-8087
F. (425) 462-5638 / (702) 968-8088
murban@theurbanlawfirm.com
elj@cjmlv.com
*Counsel for Plaintiffs*